

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Sergio Fonza-Carey, Appellant

No. 06-15-00201-CR     v.

The State of Texas, Appellee

Appeal from the 188th District Court of Gregg County, Texas (Tr. Ct. No. 43866-A). Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant, Sergio Fonza-Carey, pay all costs of this appeal.

RENDERED AUGUST 22, 2016
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk